IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FREDDIE L. SOLOMON,

    Plaintiff,

vs.                                  CASE NO. 5:10cv319/RS-EMT

DAVID L. TATUM, et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 23). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. Plaintiff's claims against Defendant Harrell W. Revell, Sheriff of Liberty County, are dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

**ORDERED** on September 28, 2011.

                                             /S/ Richard Smoak
                                             **RICHARD SMOAK**
                                             **UNITED STATES DISTRICT JUDGE**