IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**FREDDIE LAMONT SOLOMON,**

    **Plaintiff,**

v.                                           **CASE NO. 5:10-cv-319-RS-EMT**

**DAVID L. TATUM, et al.,**

    **Defendants.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 46). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED with prejudice** for Plaintiff's failure to comply with orders of the court.

3. The clerk is directed to close the file.

**ORDERED** on June 1, 2012.

                                                  /S/ Richard Smoak
                                                  **RICHARD SMOAK**
                                                  **UNITED STATES DISTRICT JUDGE**